David M. Fogg (ISBN 7610)
**ELC Legal Services, LLC**
3142 W. Belltower Drive
Meridian, Idaho 83646
Telephone: (208) 813-9220
David@ELCLegal.com

Paul R. Mangiantini, Esq. (ISBN 5883)
**Mangiantini Law Office**
1139 S Island Glenn Way
Eagle, Idaho 83616
Direct: (208) 870-5673
Paul@Mangiantinilaw.com

Attorneys for Plaintiffs

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In Re:

| PARADIGM PROPERTY SOLUTIONS, LLC<br><br>Debtor. | **CASE NO.: 18-00850-JMM**<br><br>Chapter 7 |
|---|---|
| T STREET LLC, an Idaho limited liability company, DOHENY LLC, an Idaho limited liability company, TRESTLES LLC, an Idaho limited liability company, OAKLANDS LLC, an Idaho limited liability company, EJC LLC, an Idaho limited liability company, EUDA LLC, an Idaho limited liability company, TAMMARA HERON, trustee of the Heron Family Trust, and SILVER FOX MANAGEMENT LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br>vs.<br><br>PARADIGM PROPERTY SOLUTIONS, LLC, an Idaho limited liability company, RONALD JAQUES, an individual, and JANE AND JOHN DOES 1-10,<br>Defendants. | Adv. No. 18-06032-JMM |

Amended Application for Clerk's Entry of Default and
Affidavit in Support of Request, Case No. 18-06032-JMM – Page 1

# AMENDED
# APPLICATION FOR CLERK'S ENTRY OF DEFAULT AND
# AFFIDAVIT IN SUPPORT OF REQUEST

ELC Creditors, (the "Plaintiffs"), pursuant to Fed. R. Bankr. P. 7055; Fed. R. Civ. P. 55, hereby requests that the Clerk enter default against Paradigm Property Solutions, LLC, and Ronald Jaques, (the "Defendants"). As the docket report in this adversary proceeding reflects, the Defendants have failed to timely plead or otherwise defend Plaintiffs' claims. In support of this request, the Plaintiffs submits the following Affidavit:

## AFFIDAVIT

The undersigned, being duly sworn, upon oath deposes and says:

1. I am one of attorneys of record for the Plaintiffs and have personal knowledge of the facts set forth in this affidavit.

2. The Plaintiffs filed this adversary proceeding against Defendants on November 21st, 2018.

3. The Clerk issued a Summons for service on the Defendants on November 28th, 2018.

4. Pursuant to Federal Rules of Bankruptcy Procedure 7004(b)(3) a copy of the Summons and Complaint was served on Paradigm Property Solutions, LLC by mailing a copy of the Summons and Complaint to Ronald Wade Jaques, the sole member and only officer of Paradigm Property Solutions, LLC and who is authorized to receive service for the company, the same also being the Defendant, at 2593 2nd Street South, Nampa, Idaho 83686, which upon information and belief is the current and correct addresses for Paradigm Property Solutions, LLC, and is the address provided on its bankruptcy application.

5. Pursuant to Federal Rules of Bankruptcy Procedure 7004(b)(1) a copy of the Summons and Complaint was also served on Ronald Wade Jaques as an individual at 2593 2nd Street South, Nampa, Idaho 83686, which upon information and belief is the current and correct addresses for Ronald Wade Jaques and is the address provided on his bankruptcy application.

6. Further, in an effort to assure Ronald Wade Jaques and Paradigm Property Solutions, LLC received copies of the Summons and Complaint, a copy of the Summons and Complaint was mailed to Matthew T. Christensen of Angstman Johnson, at 3649 N. Lakeharbor Lane, Boise, Idaho 83703, who is counsel for Ronald Wade Jaques and Paradigm Property Solutions, LLC, Bankruptcy Cases #18-01092-TLM and #18-00850-JMM respectively.

7. The time for filing an answer, as set forth in Fed. R. Bankr. P. 7012, to the Plaintiffs' Adversary Complaint (Doc. 1) has passed, with no answer being filed by the Defendants, and with no extension of time to file an answer being filed with the Court under Fed. R. Bankr. P. 9006(b)(1).

8. Defendants have failed to otherwise appear or defend in the action and the time in which Defendants may do so has expired.

9. The Defendants are not minors, incompetent persons, or members of the military service of the United States, as defined by the Servicemembers and Civil Relief Act.

DATED: February 19, 2019.

*[signature]*

Attorneys for ELC Creditors

SUBSCRIBED AND SWORN TO before me February 15, 2019.

*[signature]*

NOTARY PUBLIC
Residing at: Meridian
Expires: 3/1/2023

*[Notary seal: TERRI L. HARRSCH, Comm. No. 68446, NOTARY PUBLIC, STATE OF IDAHO, Expires: 03/01/2023]*